**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-24-00441-CV**

———————————————

**LUE SMITH, Appellant**

**V.**

**COPPERTREE VILLAGE HOLDINGS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1226347**

---

## MEMORANDUM OPINION

Appellant filed a notice of appeal seeking to appeal an associate judge's decision to the county civil court at law for a de novo trial. *See* TEX. GOV'T CODE § 54A.11. Because the appeal was incorrectly assigned to our Court, we dismiss the appeal.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.